

ORDERED in the Southern District of Florida on August 28, 2013.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

Timothy T. White,                              Case No.:  13-13185-RBR
                                               Chapter 13
        Debtor(s).
_____/

**ORDER GRANTING MOTION TO VALUE  AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY BANK OF AMERICA, N.A, IT'S SUCCESSORS AND ASSIGNEES (2nd Mortgage)**

THIS CASE came to be heard on  August 22, 2013  on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE  30; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

   A.    The value of the debtor's real property (the "Real Property") located at

         4260 NW 23 Street, Ft. Lauderdale, FL 33313, and more particularly

         described as

    LOT 5, BLOCK 12 OF HOLIDAY VILLAGE SECTION TWO, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 61, PAGE 33, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

    is <u>$89,000.00</u> at the time of the filing of this case.

B.     The total of all claims secured by liens on the Real Property senior to the lien of <u>Bank of America N.A.,</u> (the "Lender") is <u>$116,547.80</u>.

C.     The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ <u>0.00</u> and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.     The Motion is **GRANTED**.

2.     Lender has an allowed secured claim in the amount of $ <u>0.00</u>.

3.     Because Lender's secured interest in the Real Property is $0.00, Lender's mortgage recorded on <u>February 3, 2005</u> at Book <u>39003</u> Page <u>573</u> of the official records of <u>Broward</u> County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.]

4.     (Select only one):

    <u>   </u> Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be

      classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

    __x__    Lender filed proof of claim <u>2-1</u> in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $<u>15,515.06</u> regardless of the original classification in the proof of claim as filed.  Lender's secured claim shall be paid through the plan at <u>0 </u>% for a total of $<u>0.00</u>.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

**Submitted by:**

                                          ___/s/ Orfelia M. Mayor_____
                                          Orfelia M. Mayor, Esq.
                                          Attorney For Debtor
                                          Bankruptcy Law Firm of Casas & Mayor
                                          7450  Griffin Road, Suite 170
                                          Davie, FL 33314
                                          Tel:  (954) 327-5700
                                          Fax: (954) 727-9976
                                          Florida Bar No.: 646751

Attorney <u>Orfelia M. Mayor</u> is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.