UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:                                                              Case No.  13-13185-RBR

Timothy White,

_____Debtor_____/

**FINAL REPORT OF LOSS MITIGATION MEDIATOR**

The undersigned court-appointed loss mitigation Mediator, reports to the Court as follows:

**A.**    The final Loss Mitigation Mediation ("LMM") conference was conducted on _____ and the following parties were present:

   1.   [ ]  The Debtors and the Debtors' attorney.

   2.   [ ]  The co-obligor/co-borrower/or other third party.

   3.   [ ]  The Lender's representative and Lender's.

   4.   [ ]  Other:

**B.**    The final LMM conference was scheduled for March 31, 2014, but not conducted for the following reason:

   1.   [ X ] The parties settled prior to attending.

   2.   [ ]  The case was dismissed.

   3.   [ ]  The Debtor or [ ]  Debtor's attorney failed to attend.

   4.   [ ]  The Lender's representative or [ ]  Lender's attorney failed to attend.

**C.**    The result of the LMM conference is as follows:

   1.   [ X ] The parties reached an agreement.

   2.   [ ]  The parties did not reach an agreement.

Dated: March 31, 2014                          _/s/Stacy Bressler___

                                               Stacy Bressler

                                               8201 Peters Road, Suite 1000

                                               Plantation, FL 33324

                                               (954) 557-5526 telephone

                                               email: sbressler@aol.com

Copies to:

all parties to mediation

LMM-LF-11 (04/01/13)