

ORDERED in the Southern District of Florida on May 19, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In Re:

Timothy T. White,   Case No.: 13-13185-RBR
                    Chapter 13

    Debtor(s).
_____/

### ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH SETERUS

This matter came before the Court:

☒  On the Debtor's Ex Parte Motion to Approve Loss Mitigation Agreement with <u>Seterus</u> ("Lender").

☐  For hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to

        effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before <u>May 30, 2014</u> to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Debtor's attorney shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).